Mark A. Broughton #79822
HAMMERSCHMIDT BROUGHTON
LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Phone: (559) 233-5333
Fax: (559)233-4333

Attorneys for Defendant,
ROBERT FARRACE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00160 LJO |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE JURY TRIAL.** |
| ROBERT FARRACE, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties, namely, Mark A. Broughton, attorney for defendant Robert FARRACE, and Michael G. Tierney, Assistant United States Attorney for the government, that the Jury Trial currently scheduled for Tuesday, January 24, 2017 at 8:30 am, be continued to Tuesday, September 12, 2017 in Judge Lawrence J. O'Neill's courtroom. In the alternative, should the court be unavailable for Jury Trial at that time, the parties would request a Jury Trial date of November 7, 2017, or at any convenient date thereafter.

1    This Stipulation is based on good cause. This continuance is requested by counsel for
2  defendant FARRACE, due to the following facts:  (1) Attorney for defendant FARRACE will
3  not be able to provide effective assistance of counsel  at trial in that the attorney has not, and
4  will not be able to complete preparation for trial by the currently set trial date. The discovery in
5  the case consists in excess of  9,500 pages of reports, financial records, real estate purchase/sale
6  agreements and related documents, and other detailed information, along with audio recordings
7  of various witnesses, review of which is tedious, time-consuming, and will not be completed
8  before the currently set trial date; (2) Attorney for defendant FARRACE was on medical leave
9  during the past September and into October, which limited his ability to work, and caused a
10 delay in preparation of this and other cases; it is still difficult to sit for an extended period of
11 time without experiencing discomfort that affects concentration.  Attorney has another surgery
12 scheduled for June 12, 2017 which will cause a like period of recovery and medical leave; (3)
13 Attorney for defendant FARRACE was recently appointed by the California Supreme Court to
14 the California State Bar Board of Trustees ("Board"). This appointment, though a tremendous
15 honor, has required a significant amount of time and travel as the State Bar has been in a state
16 of turmoil, most recently culminating in the State Legislature adjourning this past session
17 without signing a fee bill to fund the State Bar for the year 2017, causing the California
18 Supreme Court to recently issue an emergency order authorizing the State Bar to collect fees in
19 a reduced amount with specific instructions, so that the Bar could continue to function in 2017.
20 As such, the Board has had to dedicate significant time and recourses to implement changes in
21 rapid order across the spectrum of the State Bar committees, commissions, and staff. This level
22 of commitment is expected to continue at least into the first quarter of 2017 as major changes
23 are implemented; (4) Both attorneys have other trials and commitments in the time between the
24 currently set trial date of January 24, 2017 and the suggested or stipulated new Jury Trial dates.
25    Counsel for defendant has discussed these issues with Assistant United States Attorney,
26 ///
27 ///
28 ///

Michael G. Tierney, who will be trying the case for the government, has no objection to this continuance.

COUNSELS AGREE THAT TIME SHOULD BE EXCLUDED UNDER THE SPEEDY TRIAL ACT FOR DEFENSE PREPARATION, PLEA NEGOTIATIONS, AND CONTINUITY OF COUNSEL.

IT IS SO STIPULATED.

Dated: December 9, 2016                    /s/ Mark A. Broughton
                                           MARK A. BROUGHTON
                                           Attorney for Defendant,
                                           ROBERT FARRACE


Dated: December 9, 2016.                    /s/ Michael G. Tierney
                                           MICHAEL G. TIERNEY,
                                           Assistant United States Attorney

* * * * *

**IT IS ORDERED THAT** the Jury Trial in the above-reference case currently set for January 24, 2017, be vacated.

**IT IS FURTHER ORDERED THAT** the Jury Trial in the above-referenced case be set for November 7, 2017 at 8:30 am in the above-entitled court. Time shall be excluded under the Speedy Trial Act for defense preparation, plea negotiation, and continuity of counsel. The parties agree, and the Court finds, that the ends of justice outweigh the interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 12, 2016**            /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE