PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
SHELLEY D. WEGER
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00160 LJO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER SETTING FORTH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTIONS FOR A BILL OF PARTICULARS [DE 18] AND FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS [DE 19] |
| ROBERT FARRACE, | |
| Defendant. | |

## **BACKGROUND**

On August 29, 2017, defendant filed a Motion for a Bill of Particulars (DE 18) and also filed a Motion for Grand Jury Transcripts (DE 19). Hearing on each motion was requested for October 2, 2017, at 1:00 pm. Local Rules 430.1(d) and (e) sets forth a general limit of seven days for any party to file a response in opposition to such motions, and three days for the moving party to file a reply. However, the parties in this case require additional time to brief and file such pleadings.

THEREFORE, defendant ROBERT FARRACE, by and through his counsel of record Mark A. Broughton, and plaintiff the United States of America, by and through its counsel of record, Assistant United States Attorneys Michael G. Tierney and Shelley D. Weger, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

///

1. Any opposition by the United States must be filed on or before September 15, 2017.

2. Any reply by the defendant must be filed on or before September 29, 2017.

DATED: September 3, 2017

By: /s/ Mark A. Broughton
MARK A. BROUGHTON
Attorney for Defendant
ROBERT FARRACE

DATED: September 3, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Michael G. Tierney
MICHAEL G. TIERNEY
SHELLEY D. WEGER
Assistant U.S. Attorneys

## **ORDER**

The parties' stipulated request for a revision of the briefing schedule is GRANTED as modified below:

1. Any opposition by the United States must be filed on or before **September 15, 2017**.

2. Any reply by the defendant must be filed on or before **September 27, 2017**.

IT IS SO ORDERED.

Dated: **September 5, 2017**              /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE