Mark A. Broughton, #079822
MARK A. BROUGHTON, PC
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
mark@fresnocriminallawyer.com

Attorney for Defendant ROBERT FARRACE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT FARRACE,<br><br>    Defendant. | Case No.: 1:15-CR-00160 LJO<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

    IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Robert Farrace, and Michael G. Tierney, Assistant United States Attorney for the government, that the Sentencing Hearing currently scheduled for April 16, 2018 at 8:30 a.m., be continued to May 14, 2018 at 8:30 a.m., in Judge Lawrence J. O'Neill's courtroom.

    The continuance is requested by counsel for the Defendant due to the fact that counsel requires additional time to review and discuss the PSR with Defendant.

    Counsel for Defendant has spoken to the Assistant U.S. Attorney, Michael G. Tierney, who has no objections to this continuance.

IT IS SO STIPULATED.

DATED: March 14, 2018            /s/ Michael G. Tierney
MICHAEL G. TIERNEY
Assistant United States Attorney

DATED: March 14, 2018            /s/Mark A. Broughton
MARK A. BROUGHTON
Attorney for ROBERT FARRACE

* * * * *

ORDER

**IT IS SO ORDERED**

Dated: **March 15, 2018**            **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE