# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>   *Plaintiff*,<br><br>v.<br><br>ROBERT FARRACE,<br><br>   *Defendant*. | D.C. No. 15-CR-00160-LJO-SKO<br>Eastern District of California |

  This court appointed Johanna S. Schiavoni, Esq. to represent defendant Robert Farrace pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A in his appeal pending in the U.S. Court of Appeals for the Ninth Circuit.

  On February 28, 2019, Ms. Schiavoni filed in this Court a motion and supporting declaration seeking access to documents designated as "Sealed" or "Assigned Counsel Only" before this Court. Having considered the motion, because CJA appellate counsel is ordinarily entitled to such documents as part of the record on appeal, the request for access to the documents and transcripts or portions thereof filed "under seal" or for "assigned counsel only" is granted.

  The Clerk shall serve on Ms. Schiavoni a copy of Document Nos. 2, 4, 45, 46, and 93 (and its attachments).

With respect to Document Nos. 45 and 46, Ms. Schiavoni shall maintain those documents on a restricted, sealed basis, and the documents shall not be disclosed to trial counsel or the defendant. Ms. Schiavoni shall utilize the documents only in determining whether they present an issue to be raised on appeal. And, should such an issue be raised, the documents and briefing shall be submitted on appeal consistent with the sealing procedures of the U.S. Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **February 28, 2019**         **/s/ Lawrence J. O'Neill**
                              UNITED STATES CHIEF DISTRICT JUDGE