Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
mark@fresnocriminallawyer.com

Attorney for Defendant ROBERT FARRACE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT FARRACE,<br><br>　　　　Defendant. | Case No.: 1:15-CR-00160<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

　　　IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Robert Farrace, and Michael G. Tierney, Assistant United States Attorney for the government, that the Sentencing Hearing currently scheduled for January 15, 2021 at 8:30 a.m., be continued to March 12, 2021 at 8:30 a.m., in Judge Drozd's courtroom.

　　　The continuance is requested by counsel for the Defendant due to the fact that counsel requires additional time to obtain, review and discuss the PSR with Defendant. Counsel also needs additional time to file objections and sentencing memos with the court.

Counsel for Defendant has spoken to the Assistant U.S. Attorney, Michael G. Tierney, who has no objections to this continuance.

IT IS SO STIPULATED.

DATED:  December 2, 2020          /s/ Michael G. Tierney
                                  MICHAEL G. TIERNEY
                                  Assistant United States Attorney

DATED:  December 2, 2020          /s/Mark A. Broughton
                                  MARK A. BROUGHTON
                                  Attorney for ROBERT FARRACE

* * * * *

ORDER

IT IS SO ORDERED.

Dated:   **December 4, 2020**           _Dale A. Drozd_
                                        UNITED STATES DISTRICT JUDGE