Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
mark@fresnocriminallawyer.com

 Attorney for Defendant ROBERT FARRACE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br><br>ROBERT FARRACE,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.:  1:15-CR-00160


**JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE AND CONTINUE SENTENCING; AND ORDER**

        IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for

Defendant Robert Farrace, and Michael G. Tierney, Assistant United States Attorney for the

government, that the Sentencing Hearing currently scheduled for March 26, 2021 at 8:30 a.m., be

continued to April 9, 2021 at 8:30 a.m., in Judge Drozd's courtroom.

        The continuance is requested by counsel for the Defendant due to an oversight by

counsel's assistant missing the filing date to submit Defendant's informal objections on February

26, 2021, which counsel had already prepared in advance.  Therefore, additional time is needed

to file the PSR in a timely manner.

Counsel for Defendant has spoken to the Assistant U.S. Attorney, Michael G. Tierney, who has no objections to this continuance.

Probation does not object to the proposed schedule as written. Please note that the final PSR would be filed as a "Revised Final" [*Revised Final*] Report.

The agreed upon schedule is as follows:

- Informal Objections Due to Probation and Opposing Counsel **March 12, 2021**

- [Revised Final] Report Filed with Court and Disclosed to Counsel **March 19, 2021**

- Formal Objections Filed with Court and Served on Probation and Opposing Counsel **March 26, 2021**

- Reply, or Statement of Non-Opposition **April 2, 2021**

- Judgement and Resentencing Date **April 9, 2021**

IT IS SO STIPULATED.

DATED:  March 9, 2021                                  /s/ Michael G. Tierney
                                                                            MICHAEL G. TIERNEY
                                                                       Assistant United States Attorney


DATED:  March 9, 2021                                  /s/Mark A. Broughton
                                                                        MARK A. BROUGHTON
                                                                          Attorney for ROBERT FARRACE


* * * * *

ORDER

IT IS SO ORDERED.

   Dated:   **March 11, 2021**                    _____
                                                                     UNITED STATES DISTRICT JUDGE