**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Docket No:  0972 1:15CR00160-001 |
| ) | |
| Robert Farrace ) | |
| ) | |

On April 9, 2021, the above-named was sentenced to Supervised Release for a period of two years. Supervision commenced on March 15, 2022.

Mr. Robert Farrace has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  The AUSA stated that they do not object to Early Termination. It is accordingly recommended that Mr. Farrace be discharged from supervision.

| **Respectfully submitted,** | **Reviewed by,** |
|---|---|
| *Marissa Frazure* | *[signature]* |
| **Marissa Frazure** | **Ronnie Preap** |
| **United States Probation Officer Assistant** | **Supervising United States Probation Officer** |

**Dated:**  March 17, 2023
Fresno, California
MF

**Re:    Robert Farrace**
       **Docket Number:   0972 1:15CR00160-001**
       <u>**Report and Order Terminating Supervised Release**</u>
       <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Robert Farrace be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   <u>March 17, 2023</u>                    _____
                                                        UNITED STATES DISTRICT JUDGE